

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-18-00011-CV

**IN THE INTEREST OF A.S.W., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM500477
The Honorable Eric Rodriguez, Judge Presiding

## O R D E R

The court reporter has filed a notice stating appellant has not requested or paid for the preparation of the reporter's record. We order appellant Albarah Williamson to provide written proof to this court by **January 29, 2018** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to the reporter's record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, appellant's brief will be due 30 days after the clerk's record has been filed, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court